DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DANIEL WALTER SCHMIDT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2346

_____

July 1, 2026

Appeal from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

Blair Allen, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.